# Exhibit 12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------X
CITY OF NEW YORK;

                               Plaintiff

        --Against --

                                      **Index No.: 60015/2011**
                                      **AFFIDAVIT OF EUGENE**
                                      **REESE**

THE LAND AND BUILDING KNOWN AS 2210 CHURCH
AVENUE, TAX BLOCK #5103 TAX LOT #32, COUNTY
OF KINGS, City and State of New York; GUYANA RESTAURANT
BAKERY CORP.; THE NEW YORK STATE LIQUOR AUTHORITY;
"JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the parties intended being the owner,
lessees, operators or occupants of "Temptations,"
the establishment, doing business within
2210 CHURCH AVENUE, Brooklyn, NEW YORK,
and any person claiming any right, title or interest
in the real property which is the subject of this action.
                                    Defendants
--------------------------------------------------------------X

**EUGENE REESE** being duly sworn and deposed, states that:

I am one of the security guards at Temptation Tavern located at 2210 Church Avenue in Brooklyn, New York. I am duly licensed as a Security Guard in the State of New York, and that my license is attached to this affidavit.

On October 10, 2010 while I was working as a security guard, Temptations Tavern's staff followed its regular procedures with respect to the sale of alcohol to patrons/consumption of alcohol by patrons/security and proper comportment of patrons *as is depicted on relevant and time-stamped* DVDs that we have provided to this Honorable Court for its review. Those procedures are as follows:

<u>Security and proper comportment of patrons</u>

1.   On October 10, 2010, the team arrived at approximately 11:00 p.m., which are about an hour before we typically begin accepting patrons at 12:00 a.m. We typically have at least twenty-two (22) guards on duty each night, for no more than 351 patrons each night;

2.   We made a thorough search of the entire premises to make sure no illegal

14. Moreover, as is policy, any individuals found with drugs or controlled substances, including, but not limited to, marijuana, are not permitted entry and they are turned away. I do not recall if any individuals on October 10, 2010 had any controlled substances and/or marijuana on their persons. But, if any of the potential patrons did have controlled substances and/or marijuana, they would have been turned away before they even entered the building.

15. While we have never found a gun or firearm on a potential patron, it is Temptation's policy to secure such weapons if they are found, to detain individuals found with such weapons and to alert the police immediately.

16. Individuals found with knives or instruments which are obviously fashioned for or to be used as knives, are turned away after the such knives or instruments which are obviously fashioned for or used as knives, are taken away from the potential patrons.

17. Once the patrons entered the lobby, we conducted foot searches to check for any other weapons and controlled substances that might be secreted in the shoes of potential patrons. If controlled substances were found during these "foot searches," any potential patrons with such controlled substances are turned away, are not admitted and are politely asked to leave. When other smaller weapons or instruments, which could be fashioned to be used as weapons are found on potential patrons, those potential patrons are turned away, they are not admitted and they are politely asked to leave.

18. Importantly, Temptations has a VIP access card which allows patrons free admittance, so long as they continue to follow our rules and regulations which entails, "no sneakers," "no du rags," "no hats," "no hoodies," "no drugs of any kind," "no weapons," "no gang affiliation attire," and "no fighting." We have about eight hundred (800) card-carrying VIP members, whose names, addresses and telephone numbers we have logged in our database for marketing as well as security purposes.

19. Once the patrons went through the foot searches in the lobby, they were required to pay admittance fees or to present their VIP cards for free access.

20. In the wintertime, once patrons have paid their admittance fee or have shown their VIP access cards, they are shown to coat check where their coats are secured. This is mandatory. No coats are allowed past the initial lounge area where the coat check is located.

21. On October 10, 2010 at approximately 3:30 am, I observed three women suddenly begin punching and kicking at each other. None of them possessed any weapons. I and a co-worker, Desron Forde, who is also a security guard, immediately separated the women, and escorted two of them out of the club. One of the females, who was apparently the victim, was allowed to stay in the club, so that she would not be assaulted in further outside of the club. These women were not, to my knowledge, on the list of banned

3

individuals. The fight was all of a sudden, and it was totally unforeseeable. No loud argument had preceded the fight, and we broke it up as soon as it started.

*Eugene Reese*

Sworn before me this ___ day of March, 2011

NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

4



NEW YORK STATE

DRIVER LICENSE
ID: 244 247 747     CLASS D

REESE
EUGENE
483 PARK PL 3R
BROOKLYN NY 11238
DOB: 12-08-80
SEX: M  EYES: BR  HT: 6-03
R: NONE
E: NONE
ISSUED: 09-27-09  EXPIRES 12-08-11   7JU2FJPU09

NEW YORK STATE DEPARTMENT OF STATE
DIVISION OF LICENSING SERVICES

EUGENE A REESE

IS DULY REGISTERED AS A

SECURITY GUARD

ID: 10008348783
EXP: 05/10/12
        This does not confer NYS Employee Status

# Exhibit 13

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X
CITY OF NEW YORK;

Plaintiff

--Against –

**Index No.: 60015/2011**

**AFFIDAVIT OF**
**WHITNEY PERKINS**

THE LAND AND BUILDING KNOWN AS 2210 CHURCH
AVENUE, TAX BLOCK #5103 TAX LOT #32, COUNTY
OF KINGS, City and State of New York; GUYANA RESTAURANT
BAKERY CORP.; THE NEW YORK STATE LIQUOR AUTHORITY;
"JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the parties intended being the owner,
lessees, operators or occupants of "Temptations,"
the establishment, doing business within
2210 CHURCH AVENUE, Brooklyn, NEW YORK,
and any person claiming any right, title or interest
in the real property which is the subject of this action.

Defendants
------------------------------------------------------------X

**WHITNEY PERKINS** being duly sworn and deposed, states that:

I am a bartender with Temptation Tavern located at 2210 Church Avenue in Brooklyn,

New York.

1.   The bar team arrived at approximately 11:00pm on March 5, 2011, which is
     about an hour before we typically begin accepting patrons at 12:00am.

2.   On that date, the bat team initially began the night by "prepping" the bar. That is,
     we set up all of the drinks that we typically sell.

3.   We did diagnostics on the money counterfeit light to ensure operability.

4.   Once we were opened for business we sold beer, wine and any other form of
     alcohol from 12:00a.m. to 4:00 am.

5.   However, at least 15 minutes before we closed the bar, the DJ made an
     announcement over the loudspeaker that we were having a "last call" for the sale
     of alcoholic beverages and non-alcoholic beverages.

6.  At 4:00 am, an announcement was made that the bar was now closed and that the consumption of all beverages would be permitted up and until 4:30 am and that all unconsumed and partially consumed drinks would be confiscated at 4:30 am and that anybody found with an alcoholic beverage risked will being arrested by the police.

7.  The bar closed and we stopped selling alcohol and any other type of beverage promptly at 4:00 a.m. In fact, I left the bar once it was closed and I went onto the dance floor to dance with friends and co-workers. It was the DJs birthday, and we all decided to celebrate. I was dancing with the DJ's girlfriend when the police arrived. They later arrested me for selling alcohol after hours and/or to a minor, even though the bar had already been closed when there arrived.

8.  Later, three officers – who were not uniformed – began speaking to Mr. Burton in my presence. One of the non-uniformed officers was a black woman. The black woman sarcastically said to Mr. Burton that his lawsuit "was not going to go through" because there was no racism involved."

9.  After spending a full day in a jail cell, I was offered an ACD, which I rejected.

Sworn before me this ____ day of March, 2011

NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

# Exhibit 14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X
CITY OF NEW YORK;

                            Plaintiff

    --Against --

                                 **Index No.: 60015/2011**
                                 **AFFIDAVIT OF**
                                 **JACQUELENE**
                                 **GRENARDO**

THE LAND AND BUILDING KNOWN AS 2210 CHURCH
AVENUE, TAX BLOCK #5103 TAX LOT #32, COUNTY
OF KINGS, City and State of New York; GUYANA RESTAURANT
BAKERY CORP.; THE NEW YORK STATE LIQUOR AUTHORITY;
"JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the parties intended being the owner,
lessees, operators or occupants of "Temptations,"
the establishment, doing business within
2210 CHURCH AVENUE, Brooklyn, NEW YORK,
and any person claiming any right, title or interest
in the real property which is the subject of this action.

                                 Defendants
------------------------------------------------------------X

**JACQUELENE GRENARDO** being duly sworn and deposed, states that:

I am a secretary with Temptation Tavern located at 2210 Church Avenue in Brooklyn,

New York. I am a custodian of records for Temptations Tavern.

1.    We maintain in the regular course of business, written policies which are posted in the

        front of the lobby and near the monitors of the club.

2.    Those written and posted  policies, for all patrons to see are:  (1) "No fighting", (2) "No

        drug of any kind", (3) "No weapons", (4) "No sneakers", (5) "Mandatory coat check" in

        the lobby, (6) "No cash refunds", (7) "no soliciting", (8) admittance only for patrons "21

        and over" (9) "valid ID", (10) "bars closes at 4:00 am" (11) "last call is at 3:45 am"

1

(12) "No drinking after 4:30am", (12) "No smoking," and (13) "No gang affiliation attire."

3.  As well, we maintain, in the regular course of business, a roster of at least twenty-two (22) security guards.

4.  We also maintain in the regular course of business, a written list of individuals who are banned from the club.

5.  We also maintain, in the regular course of business, a data base of VIP card holders complete with names, addresses, telephone numbers, birthdates and emails, all of which are all linked to our Facebook pages so that we also have pictures of each individual.

6.  We maintain this VIP list for marketing, as well as for security purposes.

7.  We also maintain in the regular course of business, videotapes and DVDs which depict Temptations Tavern policies and procedures being followed, and police action at the club. We also maintain, in the regular course of business, incident reports.

8.  On January 22, 2011, I personally observed that the police arrived at Temptations Tavern around 3:50 am. An announcement was made at 4:00am that alcohol consumption would not be permitted after 4:30am. However, at about 4:05am, a police Sergeant who had his badge turned inside, rushed the DJ booth and demanded that the music be turned off, for no apparent reason.

9.  At approximately 4:15am, the police officers began writing summonses for consumption of alcohol after hours, even though it was not yet 4:30am.

10. I personally photocopied eight summonses from Patrons who were ticketed for after-hours consumption, when, in fact, the prohibited consumption time had not yet arrived.

11.    On March 5, 2011, I observed and heard a black female officer tell Mr. Burton that City

was going to shut down Temptations permanently.  Later, a male Sergeant bragged in

front of patrons that he was going to close Temptations permanently because he could.

The Sergeant said several other threatening things to Burton, and spoke to him like he

was a child.

Jacqueline Generale

Sworn before me this___ day of March, 2011

NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

# Exhibit 15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------X
CITY OF NEW YORK;

                                Plaintiff

       --Against --

                                               **Index No.: 60015/2011**
                                               **AFFIDAVIT OF**
                                               **DAVE DARBY**

THE LAND AND BUILDING KNOWN AS 2210 CHURCH
AVENUE, TAX BLOCK #5103 TAX LOT #32, COUNTY
OF KINGS, City and State of New York; GUYANA RESTAURANT
BAKERY CORP.; THE NEW YORK STATE LIQUOR AUTHORITY;
"JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the parties intended being the owner,
lessees, operators or occupants of "Temptations,"
the establishment, doing business within
2210 CHURCH AVENUE, Brooklyn, NEW YORK,
and any person claiming any right, title or interest
in the real property which is the subject of this action.
                                  Defendants
-----------------------------------------------------------X

**DAVE DARBY** being duly sworn and deposed, states that:

I am one of the security guards at Temptation Tavern located at 2210 Church Avenue in Brooklyn, New York. I am duly licensed as a Security Guard in the State of New York, and that my license is attached to this affidavit. Our security procedures are as follows:

1.    The team typically arrives at approximately 11:00 p.m., which are about an hour before we typically begin accepting patrons at 12:00 a.m. We typically have at least twenty-two (22) guards on duty each night, for no more than 351 patrons each night;

2.    We make a thorough search of the entire premises to make sure no illegal contraband or potentially dangerous instruments or weapons are secreted inside of the premises or in its curtiliages. We do such sweeps each night that Temptations is expected to open for business;

3.    We checked all of the radios to make sure they were in proper functioning order;

4.    We run diagnostics of the fire alarm system and the fire sprinkler system to ensure operability;

5. We run diagnostics on the "ID" machine, which scans patrons' IDs to make sure they are valid and not fraudulent, and to create a record of each and every individual who is admitted. This machine also ensures that nobody under the age of 21 is admitted;

6. Patrons present their IDs for scans when they join the queues outside for admittance;

7. We check the surveillance cameras to ensure that they are in proper working order;

8. We set up police barricades (which were donated to us by the New York City Police Department) outside, to ensure that patrons queue in an orderly fashion, separated by gender;

9. We also telephone the 70 precinct to ensure that a police officer will be on duty outside Temptations, or that a manned RMP will be stationed in front of the club;

10. We always have a fifteen minute meeting to designate which areas of Temptations the security guards will be responsible for patrolling, to distribute bright yellow vests with the words "security" to the non-undercover security guards, to discuss events of the any previous nights and to review our written list of banned individuals to make sure no such individuals are admitted;

11. Right before the doors are opened for business, we place two licensed security guards at the beginning of the queues to check for illegitimate and/or illegal IDs and to ensure that all patrons are at least 21;

12. We place four security guards on the queue outside to search patrons outside, before they even enter the building. While patrons were being searched outside, potential patrons are instructed to empty the contents of their pockets, purses or other bags into containers which we provide. Only after those contents have been emptied into containers and examined, do additional security guards conduct thorough pat-down searches of the potential patrons.

13. During these searches, anything in liquid form, any forms of "medication", any pens or sharp objects --even combs -- stay in secured containers until their owners leave for the night. Once these items are retrieved from the patrons, the patrons are not permitted re-entry at anytime that night.

14. Moreover, as is policy, any individuals found with drugs or controlled substances, including, but not limited to, marijuana, are not permitted entry and they are turned away.

15. While we have never found a gun or firearm on a potential patron, it is Temptation's policy to secure such weapons if they are found, to detain individuals found with such weapons and to alert the police immediately.

16.     Individuals found with knives or instruments which are obviously fashioned for or to be used as knives, are turned away after the such knives or instruments which are obviously fashioned for or used as knives, are taken away from the potential patrons.

17.     Once the patrons enter the lobby, we conduct foot searches to check for any other weapons and controlled substances that might be secreted in the shoes of potential patrons. If controlled substances are found during these "foot searches," any potential patrons with such controlled substances are turned away, are not admitted and are politely asked to leave. When other smaller weapons or instruments, which could be fashioned to be used as weapons are found on potential patrons, those potential patrons are turned away, they are not admitted and they are politely asked to leave.

18.     Importantly, Temptations has a VIP access card which allows patrons free admittance, so long as they continue to follow our rules and regulations which entails, "no sneakers," "no du rags," "no hats," "no hoodies," "no drugs of any kind," "no weapons," "no gang affiliation attire," and "no fighting." We have about eight hundred (800) card-carrying VIP members, whose names, addresses and telephone numbers we have logged in our database for marketing as well as security purposes.

19.     Once the patrons go through the foot searches in the lobby, they were required to pay admittance fees or to present their VIP cards for free access.

20.     In the wintertime, once patrons have paid their admittance fees or have shown their VIP access cards, they are shown to coat check where their coats are secured. This is mandatory. No coats are allowed past the initial lounge area where the coat check is located.

Sworn before me this ____ day of March, 2011

_____
NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

3

Case 1:08-cv-01340-ERK-VVP Document 60-3 Filed 08/02/11 Page 17 of 28 PageID
Case 1:08-cv-01340-ERK-VVP Document 51-1 Filed 04/21/11 Page 17 of 28
#: 619

347-612-1015



# Exhibit 16

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------X
CITY OF NEW YORK;

                           Plaintiff

      --Against --

                                       **Index No.: 60015/2011**
                                       **AFFIDAVIT OF**
                                       **ALICIA MEDINA**

THE LAND AND BUILDING KNOWN AS 2210 CHURCH
AVENUE, TAX BLOCK #5103 TAX LOT #32, COUNTY
OF KINGS, City and State of New York; GUYANA RESTAURANT
BAKERY CORP.; THE NEW YORK STATE LIQUOR AUTHORITY;
"JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the parties intended being the owner,
lessees, operators or occupants of "Temptations,"
the establishment, doing business within
2210 CHURCH AVENUE, Brooklyn, NEW YORK,
and any person claiming any right, title or interest
in the real property which is the subject of this action.
                                  Defendants
-------------------------------------------------------------X

**ALICIA MENDINA** being duly sworn and deposed, states that:

I am one of the security guards at Temptation Tavern located at 2210 Church Avenue in Brooklyn, New York. I am duly licensed as a Security Guard in the State of New York, and that my license is attached to this affidavit. Our security procedures are as follows:

1.    The team  typically arrives at approximately 11:00 p.m., which are about an hour before we typically begin accepting patrons at 12:00 a.m  We typically have at least twenty-two (22) guards on duty each night, for no more than 351 patrons each night;

2.    We make a thorough search of the entire premises to make sure no illegal contraband or potentially dangerous instruments or weapons are secreted inside of the premises or in its curtiliages. We do such sweeps each night that Temptations is expected to open for business;

3.    We check all of the radios to make sure they are in proper functioning order;

4.    We run diagnostics of the fire alarm system and the fire sprinkler system to ensure operability;

5.   We run diagnostics on the "ID" machine, which scans patrons' IDs to make sure they are valid and not fraudulent, and to create a record of each and every individual who is admitted. This machine also ensures that nobody under the age of 21 is admitted;

6.   Patrons present their IDs for scans when they join the queues outside for admittance;

7.   We check the surveillance cameras to ensure that they are in proper working order;

8.   We set up police barricades (which were donated to us by the New York City Police Department) outside, to ensure that patrons queue in an orderly fashion, separated by gender;

9.   We also telephone the 70 precinct to ensure that a police officer will be on duty outside Temptations, or that a manned RMP will be stationed in front of the club;

10.  We always have a fifteen minute meeting to designate which areas of Temptations the security guards will be responsible for patrolling, to distribute bright yellow vests with the words "security" to the non-undercover security guards, to discuss events of the any previous nights and to review our written list of banned individuals to make sure no such individuals are admitted;

11.  Right before the doors are opened for business, we place two licensed security guards at the beginning of the queues to check for illegitimate and/or illegal IDs and to ensure that all patrons are at least 21;

12.  We place four security guards on the queue outside to search patrons outside, before they even enter the building. While patrons were being searched outside, potential patrons are instructed to empty the contents of their pockets, purses or other bags into containers which we provide. Only after those contents have been emptied into containers and examined, do additional security guards conduct thorough pat-down searches of the potential patrons.

13.  During these searches, anything in liquid form, any forms of "medication", any pens or sharp objects --even combs -- stay in the secured containers until their owners leave for the night. Once these items are retrieved from the patrons, the patrons are not permitted re-entry at anytime that night.

14.  Moreover, as is policy, any individuals found with drugs or controlled substances, including, but not limited to, marijuana, are not permitted entry and they are turned away.

15.  While we have never found a gun or firearm on a potential patron, it is Temptation's policy to secure such weapons if they are found, to detain individuals found with such weapons and to alert the police immediately.

16. Individuals found with knives or instruments which are obviously fashioned for or to be used as knives, are turned away after the such knives or instruments which are obviously fashioned for or used as knives, are taken away from the potential patrons.

17. Once the patrons enter the lobby, we conduct foot searches to check for any other weapons and controlled substances that might be secreted in the shoes of potential patrons. If controlled substances are found during these "foot searches," any potential patrons with such controlled substances are turned away, are not admitted and are politely asked to leave. When other smaller weapons or instruments, which could be fashioned to be used as weapons are found on potential patrons, those potential patrons are turned away, they are not admitted and they are politely asked to leave.

18. Importantly, Temptations has a VIP access card which allows patrons free admittance, so long as they continue to follow our rules and regulations which entails, "no sneakers," "no du rags," "no hats," "no hoodies," "no drugs of any kind," "no weapons," "no gang affiliation attire," and "no fighting." We have about eight hundred (800) card-carrying VIP members, whose names, addresses and telephone numbers we have logged in our database for marketing as well as security purposes.

19. Once the patrons go through the foot searches in the lobby, they were required to pay admittance fees or to present their VIP cards for free access.

20. In the wintertime, once patrons have paid their admittance fees or have shown their VIP access cards, they are shown to coat check where their coats are secured. This is mandatory. No coats are allowed past the initial lounge area where the coat check is located.

_3-22-2011_

Sworn before me this ___ day of March, 2011

NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015



Case 1:08-cv-01340-ERK-VVP Document 60-3 Filed 08/02/11 Page 23 of 28 PageID
Case 7:08-cv-01340-ERK-VVP Document 51-1 Filed 04/21/11 Page 23 of 28
#: 625

# Exhibit 17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------X
CITY OF NEW YORK;

Plaintiff

--Against --

          **Index No.: 60015/2011**
          **AFFIDAVIT OF**
          **CHRISTOPHER SMITH**

THE LAND AND BUILDING KNOWN AS 2210 CHURCH
AVENUE, TAX BLOCK #5103 TAX LOT #32, COUNTY
OF KINGS, City and State of New York; GUYANA RESTAURANT
BAKERY CORP.; THE NEW YORK STATE LIQUOR AUTHORITY;
"JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the parties intended being the owner,
lessees, operators or occupants of "Temptations,"
the establishment, doing business within
2210 CHURCH AVENUE, Brooklyn, NEW YORK,
and any person claiming any right, title or interest
in the real property which is the subject of this action.

          Defendants
-----------------------------------------------------------X

**CHRISTOPHER SMITH** being duly sworn and deposed, states that:

I am one of the bar backs at Temptation Tavern located at 2210 Church Avenue in Brooklyn, New York.

<u>Alcohol sales and consumption</u>

1.     The bar team  typically arrives at approximately 11:00 p.m., which is about an hour before we typically begin accepting patrons at 12:00 a.m.

2.     We initially begin by stacking the refrigerators with beer, juices and water.

3.     We make sure that the dance area is clean and that no empty bottles or containers are laying about, to prevent injuries.

4.     Once we were opened for business the bartenders sell beer, wine and any other forms of alcohol from 12:00a.m. to 4:00 a.m.

5.     The bar closes and we stop selling alcohol and any other type of beverage promptly at 4:00 a.m.

1

6.  However, at least 15 minutes before we closed the bar, the DJ makes an announcement over the loudspeaker that we are having a "last call" for the sale of alcoholic beverages and non-alcoholic beverages.

7.  At 4:00 am, an announcement is made that the bar is closed and that the consumption of all beverages will be permitted up and until 4:30 am and that all unconsumed and partially consumed drinks will be confiscated at 4:30 am and that anybody found with an alcoholic beverage may be arrested by the police.

8.  Typically, there are about five (5) bar backs each night. We search for bottles, glasses or other containers after 4:30 am and discard them. We confiscate all drinks which have been partially consumed or have not yet consumed at 4:30 am.

Sworn before me this ___ day of March, 2011

NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

2

Case 1:08-cv-01340-ERK-VVP Document 51 Filed 04/21/11 Page 26 of 28

# Exhibit 18

*Law Offices of Ambrose Wotorson*
*26 Court Street, Suite 1811, Brooklyn, New York 11242*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X
CITY OF NEW YORK;

                                        Plaintiff

        --Against –

                                  **Index No.: 60015/2011**
                                  **AFFIDAVIT OF**
                                  **ALEC CHRISTOPHER**

THE LAND AND BUILDING KNOWN AS 2210 CHURCH
AVENUE, TAX BLOCK #5103 TAX LOT #32, COUNTY
OF KINGS, City and State of New York; GUYANA RESTAURANT
BAKERY CORP.; THE NEW YORK STATE LIQUOR AUTHORITY;
"JOHN DOE" and "JANE DOE", fictitiously named parties,
true names unknown, the parties intended being the owner,
lessees, operators or occupants of "Temptations,"
the establishment, doing business within
2210 CHURCH AVENUE, Brooklyn, NEW YORK,
and any person claiming any right, title or interest
in the real property which is the subject of this action.
                                    Defendants
------------------------------------------------------------X

**ALEC CHRISTOPHER** being duly sworn and deposed, states that:

I am one of the bar backs at Temptation Tavern located at 2210 Church Avenue in Brooklyn, New York.

<u>Alcohol sales and consumption</u>

1. The bar team  typically arrives at approximately 11:00 p.m., which is about an hour before we typically begin accepting patrons at 12:00 a.m.

2. We initially begin by stacking the refrigerators with beer, juices and water.

3. We make sure that the dance area is clean and that no empty bottles or containers are laying about, to prevent injuries.

4. Once we were opened for business the bartenders sell beer, wine and any other forms of alcohol from 12:00a.m. to 4:00 a.m.

5. The bar closes and we stop selling alcohol and any other type of beverage promptly at 4:00 a.m.

6.   However, at least 15 minutes before we close the bar, the DJ makes an announcement over the loudspeaker that we are having a "last call" for the sale of alcoholic beverages and non-alcoholic beverages.

7.   At 4:00 am, an announcement is made that the bar is closed and that the consumption of all beverages will be permitted up and until 4:30 am and that all unconsumed and partially consumed drinks will be confiscated at 4:30 am and that anybody found with an alcoholic beverage may be arrested by the police.

8.   Typically, there are about five (5) bar backs each night. We search for bottles, glasses or other containers after 4:30 am and discard them. We confiscate all drinks which have been partially consumed or have not yet consumed at 4:30 am.

_Alec Christopher_

Sworn before me this ____ day of March, 2011

_____
NOTARY PUBLIC

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015